THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAN BURRELL, #137164, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-CV-706-MEF |
| ) | [WO] |
| DONAL CAMPBELL, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. #10) filed herein on August 20, 2007, and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation of the Magistrate Judge (Doc. #10) filed on August 20, 2007 is ADOPTED;

2. This case is DISMISSED without prejudice for plaintiff's failure to comply with the orders of this Court.

Done this 21st day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE