IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAN BURRELL, #137164, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-CV-706-MEF |
| ) | [WO] |
| DONAL CAMPBELL, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, and that this action is DISMISSED without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file

Done this 21st day of September, 2007.


/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE